# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Brandon Patrick Hagopian SR ) Case Number: 16-602-JPG
_____ )               (Clerk's Office will provide)
_____ )
         Plaintiff/Petitioner(s)   ) ☒ CIVIL RIGHTS COMPLAINT
              v.                   )   pursuant to 42 U.S.C. §1983 (State Prisoner)
Madison County Jail & Staff        ) ☐ CIVIL RIGHTS COMPLAINT
& medical Staff                    )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____        ) ☐ CIVIL COMPLAINT
_____        )   pursuant to the Federal Tort Claims Act,
         Defendant/Respondent(s)   )   28 U.S.C. §§1346, 2671-2680, or other law

**FILED**
JUN - 3 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

I.   JURISDICTION

**Plaintiff:**

A.   Plaintiff's mailing address, register number, and present place of confinement. Madison Jail 405 randle St Edwerdvill Il 62025 Brandon Patrick Hagopian SR #58714

**Defendant #1:**

B.   Defendant Captain Joseph #86 is employed as
         (a)   (Name of First Defendant)
     Captain of madison County Jail
         (b)   (Position/Title)
     with Joseph #86 "Captain" of madison county Jail is
         (c)   (Employer's Name and Address)
     madison County Jail 405 randle St Edwerdville Il 62025

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: He is a Captain of madison county Jail.

(Rev. 7/2010)                               1

Defendant #2:

C.  Defendant **Dr. Blankenship** is employed as
(Name of Second Defendant)

**Doctor of medi... county Jail**
(Position/Title)

with **Dr. Blankenship   405 Candle St**
(Employer's Name and Address)

**Edw...ville IL 62025**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain:

**Doctor of madison County Jail**

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

**Dr. Blankenship & medical staff and All madison county Officers and Employees of 405 Candle St Edwardsville IL 62025**

Captain Joseph #86
Captain Bost #113
Sherrif John Lakin
Nurse Major
Nurse Rushing
Nurse Bassett
Nurse Kotzamanis

All their address is the same 405 Candle St Edwardsville IL 62025

Aaron Omotola, MD
BJC Sports Medicine & Orthopedic
Suite 3(?)
Edwardsville IL
62025

(Rev. 7/2010)                                2

II. PREVIOUS LAWSUITS

    A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1. Parties to previous lawsuits:
           Plaintiff(s): N/A

           Defendant(s): N/A

        2. Court (if federal court, name of the district; if state court, name of the county): N/A

        3. Docket number: N/A

        4. Name of Judge to whom case was assigned: N/A

        5. Type of case (for example: Was it a habeas corpus or civil rights action?): N/A

        6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

        7. Approximate date of filing lawsuit: N/A

        8. Approximate date of disposition: N/A

(Rev. 7/2010)                                                 3

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? I File grievance to the caption

   2. What was the result? I was Denied Bone Stimulator & Proper med's that Dr. Janiece Stewart, MD Order.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

   2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(Rev. 7/2010)                                           4

IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I Brandon Patrick Hagopian sr. Fell when Exiting the Shower, Slipped on water on the Floor causing my foot to be Broken on the Cell Bars in Madison County Jail Cell Block F-5 South on December 29th, 2015 approx time 10:00 pm. I was Refused medical Attention. On January 26, 2016 Due to the pain & Swelling, I was given X-Rays and it was Determined that there was a Fracture which needed Imediate attention. On [illegible date] I suggest Specialist DR. Janice Stewart MD, recommended at that time to (Either Screw or Use a Bone Stimulator) to properly Heal the Fracture. Both of these procedures were "Denied" By Captain Joseph, and medical Staff at Madison County Jail. Attached is all medical Records and grievances pertaining to this matter. Shower still is not fixed [illegible] into the Hallway. (whom I feel my constitutional rights were violated.) Captain Joseph #86, Dr. Blankenship, Aaron Omotola MD Sheriff John Lakin and maintance & Healthcare Captain Bost #113 Nurse Major  employees.
Nurse Rushing
Nurse Bassett
Nurse Kotzaman's

(Rev. 7/2010)

V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

① All medical bills paid. ② I want fees, fine, and court cost paid.
③ I want compensation for pain & suffering. ④ If needed legal counsel to help me with this matter.
⑤ I would like my face fixed. ⑥ I do tree service for a living, it is my career as a climber, with my face the way it is, it may be over with.
⑦ I want 1 million dollars, 1,000,000 for compensation.

VI.  JURY DEMAND (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _____          _Brandon Patrick Hageman_
            (date)                    Signature of Plaintiff

_____                     _Brandon Patrick Hageman_
Street Address                      Printed Name

_Edwardsville IL 62025_            _# 58311_
City, State, Zip                    Prisoner Register Number

_____
Signature of Attorney (if any)

## CERTIFICATE OF SERVICE

I certify that a copy of this  Civil Rights Complaint  was mailed/delivered
(Name of Document)

to  Caption  #86/ Employees  on  May 7, 2016
(Name and Address of Party/Attorney)       (Date)

405 randle St Edwardville
IL 62025

_____
Signature

_____
Printed Name

to the court or to pay the legal fees of the person or persons against whom you filed the lawsuit. The court has a form motion with which you may request appointment of counsel. If you wish to file such a motion, you may request the appropriate form from the clerk's office. Ordinarily, the court will not consider your motion until **after** you have filed your complaint and permission to proceed without prepaying fees or costs has been granted. Bear in mind that there is no right to counsel in a civil case, and motions to appoint counsel are not automatically granted.

16. When your complaint is complete, submit it to prison library staff (if you are at an institution that participates in the electronic filing program) or mail the original and any supporting exhibits (and an extra copy if you want a file-stamped copy returned to you), along with the **$400.00** filing fee or a motion to proceed *in forma pauperis*, to either:

    **Clerk of the Court**  
    **United States District Court**  
    **Southern District of Illinois**  
    **301 West Main Street**  
    **Benton, IL 62812**

    **Clerk of the Court**  
    **United States District Court**  
    **Southern District of Illinois**  
    **750 Missouri Avenue**  
    **East St. Louis, IL 62201**

## CERTIFICATE OF SERVICE

I certify that a copy of this **Civil Rights complaint** (Name of Document) was mailed/delivered to **Sheriff John Lakin** on **May 9, 2016**
(Name and Address of Party/Attorney)     Date
405 Randle St Edwardville
IL 62025

_Bradley Patrick Naguwin_
Signature

_Bradley Patrick Naguwin_
Printed name

## CERTIFICATE OF SERVICE

I certify that a copy of this <u>Civil Rights Complaint</u>
(Name of Document)
was mailed/delivered to ____

to

<u>Aaron Omotola, MD. #M186943</u>
(Name and address of Party/Attorney)

# CERTIFICATE of Service

I certify that a copy of this Civil Rights complaint
(name of Document)
delivered to Dr. Blankenship and Staff on May 9, 2.
(name and Address of Party/Attorney) (Date)
405 randle St Edwardville
IL 62025

_____
Signature (Brandon Patrick Maggian)

_____
Printed name (Brandon Patrick Maggian)