IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRANDON PATRICK HAGOPIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-602-JPG-DGW |
| | ) | |
| CAPTAIN JOSEPH, JOHN LAKIN, JOHN DOE, and JANE DOE A., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for docket control.  Plaintiff is proceeding on two counts of deliberate indifference to a serious medical need against Captain Joseph, John Doe, and Jane Doe A.  Defendant Lakin has been retained in this suit in order to perfect any injunctive relief that may be ordered.[1]  In the Order dated August 5, 2016 (Doc. 10), Plaintiff was informed that service could not be made upon John Doe and Jane Doe A until such time as Plaintiff filed an amended complaint setting forth their names.

Accordingly, the following is hereby **ORDERED**:

1. Plaintiff shall file a motion to amend or supplement and name John Doe and Jane Doe A by **December 2, 2016.**

2. If Plaintiff does not know their names, he shall provide Defendant Lakin, and file with the Court, identifying information for John Doe and Jane Doe A (i.e. badge number, shift, time and date of alleged incident/encounter, physical descriptions, etc.) by **December 2, 2016.**

---

[1] Although such injunctive relief would not be possible because Plaintiff now is housed at the Pinckneyville Correctional Center and under the custody of the Illinois Department of Corrections.

3. Defendant Lakin shall provide Plaintiff, and submit a notice to the Court, the names John Doe or Jane Doe A by **December 16, 2016**.

4. Plaintiff shall file a motion to supplement the complaint with the proper names of John Doe or Jane Doe A by **January 6, 2017**.

Thereafter, service of process will be initiated.

**DATED: November 10, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**