UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRANDON PATRICK HAGOPIAN,

    Plaintiff,

v.

MADISON COUNTY JAIL, MADISON COUNTY JAIL STAFF, CAPTAIN JOSEPH, DR. BLANKENSHIP, CAPTAIN BOST, JOHN LAKIN, NURSE MAJOR, NURSE RUSHING, NURSE BASSETT, NURSE KOTZAMANIS, AARON OMOTOLA, JOHN DOE and JANE DOE A,

    Defendants.

Case No. 16-cv-602-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 47) of Magistrate Judge Donald G. Wilkerson recommending that the Court deny the remaining defendants' motion to dismiss or, in the alternative, motion for summary judgment (Doc. 22).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 47); and

- **DENIES** the remaining defendants' motion (Doc. 22) **without prejudice** to their filing another summary judgment motion.

**IT IS SO ORDERED.**
**DATED:  January 9, 2017**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**