IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRANDON PATRICK HAGOPIAN,

Plaintiff,

v.

MADISON COUNTY JAIL, *et al.*,

Defendants.

Case No. 16-cv-602 JPG/GCS

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 20, 2019**      **MARGARET M. ROBERTIE, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**